**No. 69020.**—Air Express International, Inc., and Lynch Carrier Systems, Inc. *v.* United States, protest 61/17953 (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of pot cores composed of undecorated articles of mineral substances, used in numerous electrical devices and not chiefly used in telephone apparatus, the claim of the plaintiffs was sustained.

**No. 69021.**—M. Pressner & Co., Inc. *v.* United States, protest 61/15978 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of Abstract 65737, the claim of the plaintiff was sustained.

---

BEFORE THE THIRD DIVISION, JANUARY 19, 1965

**No. 69022.**—Atlantic Aluminum & Metal Distributors, Inc. *v.* United States, protest 63/22186 (Los Angeles).

Opinion by RICHARDSON, J. Plaintiff's counsel conceded that the protest was untimely filed, and it was dismissed.

**No. 69023.**—Tweeds & Weeds *v.* United States, protests 63/22742, etc. (Los Angeles).

Opinion by RICHARDSON, J. Plaintiff's counsel conceded that the protests were untimely filed, and they were dismissed.